In the MATTER OF: S.L.W.

Appeal of: C.W., father

1082 WDA 2016

Superior Court of Pennsylvania,

03/07/2017

No. 63 in Adoption 2014

(Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

BOLDEN, W.

3709 EDA 2015

Superior Court of Pennsylvania.

03/08/2017

CP–51–CR–0005958–2008

(Philadelphia)

Affirmed

COM.

v.

ROBERSON, D.

3581 EDA 2015

Superior Court of Pennsylvania.

03/08/2017

CP–51–CR–0002763–2015

(Philadelphia)

Affirmed

GESHURY, A.

v.

GESHURY, A.J.

131 EDA 2016

Superior Court of Pennsylvania.

3/8/2017

2006–10717

(Montgomery)

Affirmed